PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 266326) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| JAMES DONDERO, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:21-cv-00546-L |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Appellee. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

DOCS_NY:42882.1 36027/002

# APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
# PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1

Highland Capital Management, L.P. (the "Appellee" or "Debtor"), an appellee in the above-referenced matter, pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, hereby submits the following *Certificate of Interested Persons* (the "CIP"):

1. Highland Capital Management, L.P., the Debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Case").

2. Counsel to the Official Committee of Unsecured Creditors, Sidley Austin LLP (Matthew A. Clemente, Paige H. Montgomery, Dennis M. Twomey, Alyssa Russell, Penny P. Reid, and Juliana L. Hoffman).

3. Appellant James Dondero and his counsel, Bond Ellis Eppich Schafer Jones LLP (D. Michael Lynn, John Y. Bonds III, Clay M. Taylor, and Bryan Christopher Assink).

The Debtor reserves the right to amend or supplement this CIP as and if necessary or appropriate.

DOCS_NY:42882.1 36027/002

| | |
|---|---|
| Dated: April 20, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP** |

                                                  Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Appellee Highland Capital Management, L.P.*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that, on April 20, 2021, a true and correct copy of the foregoing CIP was served electronically via the Court's CM/ECF system upon the parties registered to receive electronic notice in this proceeding.

                                                          */s/ Zachery Z. Annable*
                                                          Zachery Z. Annable